IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDDIE WALTER MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-589-WKW |
| | ) |
| RANDOLPH COUNTY MEDICAL DEPT., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 5, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED; and

2. This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 4th day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE